CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 15 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BONUMOSE BIOCHEM LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YI-HENG PERCIVAL ZHANG, individually, CELL-FREE BIOINNOVATIONS, INC., a Virginia corporation, CHUN YOU, individually, and TIANJIN INSTITUTE OF INDUSTRIAL BIOTECHNOLOGY, an institute of the government-owned Chinese Academy of Sciences,<br><br>Defendants. | **ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Civil Action No. 3:17-cv-00033-GEC<br><br>Judge Glen E. Conrad |

Upon consideration of the foregoing Stipulation to File First Amended Complaint, it is hereby

ORDERED that said Stipulation is GRANTED.

Plaintiff shall file its First Amended Complaint within seven (7) days of service of this Order. Defendants' response to the First Amended Complaint shall be filed by September 11, 2017, or fourteen (14) days after service of the First Amended Complaint, whichever is later.

DATED: August 15, 2017

_____
United States District Judge