CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
04/02/2019
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BONUMOSE BIOCHEM LLC, *ET AL.*, <br><br> *Plaintiffs*, <br> v. <br><br> YI-HENG PERCIVAL ZHANG, *ET AL.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00033 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |
| CELL-FREE BIOINNOVATIONS, INC., <br><br> *Counterclaimant*, <br> v. <br><br> BONUMOSE BIOCHEM LLC, *ET AL.*, <br><br> *Counterclaim-Defendants.* | |

This matter, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (dkt. 247), and for good cause shown,

**IT IS HEREBY ORDERED** that all claims in the above-entitled matter are hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Motion to Strike (dkt. 221) is **DENIED AS MOOT**.

The Clerk of the Court is directed to **STRIKE** this action from this Court's active docket.

**Entered** on this ___2nd___ day of April, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE